AO 91 (Rev. 11/11)  Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ALLISON ELIZABETH FLUKE-EKREN,<br>a/k/a Allison Elizabeth Brooks, Allison Ekren, Umm Mohammed al-Amriki, Umm Mohammed, and Umm Jabril<br><br>*Defendant(s)* | Case No. 1:19-mj-231 |

FILED MAY 15 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **at least 2014 to the present** in the county of **\* (see note below)** in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Providing and conspiring to provide material support or resources, including personnel (including herself) and services, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham (ISIS).<br><br>\* The offenses occurred within the extraterritorial jurisdiction of the United States, and the defendant, a United States citizen, is expected to be first brought to and found in the Eastern District of Virginia pursuant to 18 U.S.C. § 2339B(d). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSAs Raj Parekh and John Gibbs

_____
*Complainant's signature*

FBI Special Agent David C. Robins
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/15/2019

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan
*Printed name and title*