# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court** CH

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

- City: N/A (extraterritorial)
- County: N/A (extraterritorial)

**Superseding Indictment:**
**Same Defendant:**
**Magistrate Judge Case No.:**
**Search Warrant Case No.:**

**Criminal No.:** 1:19-MJ-231
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Allison Elizabeth Fluke-Ekren
- **Alias(es):** Umm Mohammed
- ☐ Juvenile
- **FBI No.:** 857253JC9
- **Address:** N/A (may be located in Syria)
- **Employment:** N/A
- **Birth Date:** XXXXX/1979
- **SSN:** XXXXXXX9852
- **Sex:** Female
- **Race:** White
- **Nationality:** USA
- **Place of Birth:** Lawrence, KS
- **Height:** 5'6"
- **Weight:** 135
- **Hair:** Brown
- **Eyes:** Blue
- **Scars/Tattoos:**
- ☐ Interpreter **Language/Dialect:** N/A
- **Auto Description:** N/A

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** N/A
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Raj Parekh and John Gibbs
- **Phone:** (703) 299-3725
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, Washington Field Office, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2339B | Providing Material Support to ISIS | 1 | Felony |
| Set 2: | | | | |

**Date:** 5/15/2019  **AUSA Signature:** [signature]  *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]