IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No. 1:19-mj-231<br>ALLISON ELIZABETH FLUKE-EKREN, )<br>   a/k/a "Allison Elizabeth Brooks," )<br>   a/k/a "Allison Ekren," )<br>   a/k/a "Umm Mohammed al-Amriki," )<br>   a/k/a "Umm Mohammed," )<br>   a/k/a "Umm Jabril," )<br>)<br>             Defendant. ) | |

## ORDER TO UNSEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved on May 15, 2019, to seal the criminal complaint, affidavit in support of the criminal complaint, arrest warrant, and other documents in this matter while it was investigating the precise overseas location of the defendant and seeking to arrest the defendant for allegedly providing and conspiring to provide material support or resources to the Islamic State of Iraq and al-Sham (ISIS), in violation of 18 U.S.C. § 2339B; and

The COURT, now having found that the defendant has been arrested by the Federal Bureau of Investigation and transferred in custody from overseas to the Eastern District of Virginia, and that the reasons for sealing this matter are no longer present, it is hereby

ORDERED, ADJUDGED, and DECREED that the criminal complaint, affidavit in support of the criminal complaint, arrest warrant, the Government's Motion to Unseal Criminal Case and Memorandum in Support of Detention, this Order to Unseal, and all other documents

and entries in case number 1:19-mj-231 are hereby UNSEALED as of the date and time of this Order.

_____
Hon. Theresa Carroll Buchanan

Date: January 28, 2022

WE ASK FOR THIS:

_____
RAJ PAREKH
Digitally signed by RAJ PAREKH
Date: 2022.01.28 21:21:59 -05'00'

Raj Parekh
First Assistant United States Attorney

John Gibbs
Assistant United States Attorney