AO 442 (Rev. 11/11) Arrest Warrant

10888430

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2022 JAN 31  A 11: 36

United States of America
v.

ALLISON ELIZABETH FLUKE-EKREN,
a/k/a Allison Elizabeth Brooks, Allison Ekren, Umm Mohammed al-Amriki, Umm Mohammed, and Umm Jabril

*Defendant*

Case No. 1:19-mj-231

**ORIGINAL USMS**

**UNDER SEAL**

**ORIGINAL USMS**

2019 MAY 20 PM 2:14 RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALLISON ELIZABETH FLUKE-EKREN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Providing and conspiring to provide material support or resources, including personnel (including herself) and services, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham (ISIS).

In violation of Title 18, United States Code, Section 2339B.

Date: 05/15/2019

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan
*Printed name and title*

### Return

This warrant was received on *(date)* May 20, 2019, and the person was arrested on *(date)* 1/28/2022
at *(city and state)* Alexandria, VA.

Date: 1/31/2022

*Arresting officer's signature*

Brian Czekala Special Agent
*Printed name and title*