|  |  |
|---|---|
|  | TYPE OF HEARING: R5 |
|  | CASE NUMBER: 1:19-mj-231 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 1/31/2022 |
|  | TIME: 2:03 – 2:13 p.m. |
| EASTERN DISTRICT OF VIRGINIA | RECORDING: FTR |
|  | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

       VS.

__Allison Elizabeth Fluke-Ekren

**GOVT. ATTY:** ___ John Gibbs and Raj Parekh

**DEFT'S ATTY:**_____Joseph King_____

**DUTY AFPD:**___

**INTERPRETER:** _

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (**X**)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL (**X**)   FPD ( )  CJA ( )  Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (**X**)

Court appointed Joseph King as Counsel.

BOND:

Gov't is seeking detention – GRANTED pending PH/DH.  Deft remanded.

( )  DEFT IS REMANDED TO THE CUSTODY OF THE USMS DUE TO
( )  RISK OF NON-APPEARANCE ( )  SAFETY OF THE COMMUNITY
( )  DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:  2/3/2022 for PH/DH**

**TIME: 2:00 p.m.**

**JUDGE: IDD**