IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALLISON ELIZABETH FLUKE-EKREN, )<br>    a/k/a "Allison Elizabeth Brooks," )<br>    a/k/a "Allison Ekren," )<br>    a/k/a "Umm Mohammed al-Amriki," )<br>    a/k/a "Umm Mohammed," )<br>    a/k/a "Umm Jabril," )<br>)<br>               Defendant. ) | Case No. 1:19-mj-231 |

## **ORDER**

Upon the motion of the United States, by and through its attorneys, and with the consent of the defendant, ALLISON ELIZABETH FLUKE-EKREN, by and through her attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including April 28, 2022. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: February 24, 2022
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge